

FILED
APR 04 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAUL GUTIERREZ-ORTEGA, ET AL.,<br><br>　　　　　Defendants. | CASE NO. 1:19-MJ00063 BAM<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Criminal Complaint filed on March 22, 2019 be unsealed and become public record.

DATED: 4/4/19　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE